☐ DOCUMENTS UNDER SEAL                                                                    **E-Filing**

| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK<br>Wings Hom | REPORTER/TAPE NO.<br>FTR 9:38-9:40 | |
|---|---|---|---|
| MAGISTRATE JUDGE<br>JAMES LARSON | DATE<br>July 3, 2007 | ☐ NEW CASE | CASE NUMBER<br>3-07-70349 BZ |

FILED 2007 JUL -3 PM 12:39
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA

### APPEARANCES

| DEFENDANT<br>Victor Mata-Perez | AGE | CUST<br>Y | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>S. Halbert for E. Falk | ☐ PD.<br>☐ APPT.<br>☐ RET. |
|---|---|---|---|---|---|
| U.S. ATTORNEY<br>Derek Owens | | INTERPRETER<br>Monique Inciarte-Spanish | | | FIN. AFFIDAVIT SUBMITTED ☐<br>DEFENDANT ELIGIBLE FOR<br>APPOINTED COUNSEL ☐<br>COUNSEL APPOINTED ☐<br>PARTIAL PAYMENT OF CJA<br>FEES ORDERED ☐ |
| PROBATION OFFICER | | PRETRIAL SERVICES OFFICER<br>Josh Libby | | | |

### PROCEEDINGS SCHEDULED TO OCCUR

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | INITIAL APPEARANCE | ☒ | PRELIMINARY HEARING | ☐ | MOTION | ☐ | JUDGMENT & SENTENCING | ☐ | STATUS |
| ☐ | I.D. COUNSEL | ☒ | OR ARRAIGNMENT | ☐ | BOND POSTING/SIGNING | ☐ | IA ON PETITION TO REVOKE PROB. | ☐ | TRIAL |
| ☐ | DETENTION HEARING | ☐ | REMOVAL HEARING | ☐ | CHANGE OF PLEA | ☐ | PROB. REVOC. OR SUPV. REL. HRG. | ☐ | OTHER |

### INITIAL APPEARANCE

| ☐ | ADVISED OF RIGHTS | ☐ | ADVISED OF CHARGES | ☐ | NAME AS CHARGED IS TRUE NAME | ☐ | TRUE NAME: |
|---|---|---|---|---|---|---|---|

### ARRAIGNMENT

| ☐ | ARRAIGNED ON INFORMATION | ☐ | ARRAIGNED ON INDICTMENT | ☐ | READING WAIVED SUBSTANCE STATED | ☐ | WAIVER OF INDICTMENT FILED |
|---|---|---|---|---|---|---|---|

### RELEASE

| ☐ | RELEASED ON O/R | ☐ | ISSUED APPEARANCE BOND ➡ | AMOUNT OF SECURITY | AMOUNT RECEIVED<br>$ | ☐ | PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|---|---|---|

PROPERTY POSTED/TO BE POSTED                                REAL PROPERTY:
☐ CASH          ☐ CORPORATE SECURITY          ☐

| ☐ | MOTION FOR DETENTION | ☐ | PRETRIAL SERVICES REPORT ORDERED | ☐ | DETAINED | ☐ | RELEASED | ☐ | DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ | REMANDED TO CUSTODY |
|---|---|---|---|---|---|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF                    OTHER:

### PLEA

| ☐ | CONSENT ENTERED | ☐ | NOT GUILTY | ☐ | GUILTY | ☐ | GUILTY TO COUNTS: |
|---|---|---|---|---|---|---|---|
| ☐ | PRESENTENCE REPORT ORDERED | ☐ | CHANGE OF PLEA | ☐ | PLEA AGREEMENT FILED | ☐ | OTHER: |

### CONTINUANCE

| TO: 7-17-07 | ☐ | I.D. COUNSEL | ☐ | BOND POSTING/SIGNING | ☐ | STATUS RE: CONSENT | ☐ | JURY TRIAL |
|---|---|---|---|---|---|---|---|---|
| AT: 9:30 a.m. | ☐ | FINAN. AFFIDAVIT SUBMITTED | ☒ | PRELIMINARY HEARING OR ARRAIGNMENT | ☐ | PLEA | ☐ | BOND HEARING |
| BEFORE HON.<br>JL | ☐ | DETENTION HEARING | | | ☐ | TO HEAR MOTIONS | ☐ | JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | | | ☐ | IDENTITY/REMOVAL HEARING | ☐ | PRETRIAL CONFERENCE | ☐ | PROBATION REV. HEARING |
| ☒ TIME EXCLUDABLE UNDER 18 § USC 3161 | | | ☐ | TRIAL SETTING | ☐ | COURT TRIAL | ☐ | STATUS |

### ADDITIONAL PROCEEDINGS

COPIES SENT TO: Venice,                                                         DOCUMENT NUMBER: