1  BARRY J. PORTMAN
   Federal Public Defender
2  ELIZABETH M. FALK
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   San Francisco, CA 94102
4  Telephone: (415) 436-7700

5  Counsel for Defendant MATA-PEREZ

6

                IN THE UNITED STATES DISTRICT COURT
7
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
8

9  UNITED STATES OF AMERICA,              )
                                          )   No. CR 07-70349 BZ
10         Plaintiff,                      )
                                          )   STIPULATION AND ORDER
11 vs.                                     )   CONTINUING CHANGE-OF-PLEA
                                          )
12 VICTOR MATA-PEREZ                       )
                                          )   Date:      July 17, 2007
13                                         )   Time:      9:30 a.m.
           Defendant.                      )   Court:     The Honorable James
14                                         )              Larson
                                          )
15 _____

16

17                          STIPULATION

18

19     The parties hereby stipulate and request that the change of plea hearing in this matter be

20 continued from July 17, 2007 to July 26, 2007 at 9:30 a.m.  The purpose of the delay is to allow the

21 parties to finalize a plea agreement in the matter.  To enable a favorable disposition, defendant Victor

22 Mata-Perez hereby waives his right under Federal Rule of Criminal Procedure 5.1 to an indictment

23 within 10 days of the initial appearance.  As the delay in indictment will inure to Mr. Mata-Perez'

24 benefit, the parties jointly request the Court to find good cause for the delay in the defendant's

25 \\

26 \\

1  indictment, and that the time requirements of FRCP 5.1 be waived through July 26, 2007.

2  It is so stipulated.

3

4  DATED:7/13/07                                        _____/s/_____
                                                        ELIZABETH M. FALK
                                                        Assistant Federal Public Defender

5

6  DATED:7/16/07                                        _____/s/_____
                                                        DEREK OWENS
                                                        Assistant United States Attorney

7

8  I hereby attest that I have on file all holograph signatures for any signatures indicated by a

9  "conformed" signature (/S/) within this e-filed document.

10

**IT IS SO ORDERED.**

11

DATED:                                                  _____

12                                                       THE HONORABLE JAMES LARSON
                                                         UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26
STIP & ORDER CONTINUING
COP HEARING
*United States v. Mata-Perez*
CR 07-70349 BZ                              - 2 -